UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 04031
    GERALD JOHN FRITZ
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-9068

--------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/11/06 and confirmed on 06/21/06.

    2.  The case was dismissed after confirmation, 05/16/2008.

    3.  The Debtor paid a total of $ 51025.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | 35522.22 | .00 | 35522.22 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 10519.52 | .00 | 385.51 |
| HSBC AUTO FINANCE | SECURED VEHIC | 21516.00 | 2383.92 | 6129.11 |
| STERLING INC | SECURED | 200.00 | 1.19 | 200.00 |
| LIGHTHOUSE FINANCIAL GRO | SECURED VEHIC | 2012.13 | 243.11 | 957.98 |
| LIGHTHOUSE FINANCIAL GRO | SECURED VEHIC | 483.79 | 47.45 | 314.23 |
| ADVENTIST HEALTH SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| FAMILY PHYSICIANS OF COA | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 516.46 | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 270.00 | .00 | .00 |
| IC SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| CCS | UNSECURED | NOT FILED | .00 | .00 |
| ATG CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| FISCHER MANGOLD JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| FISCHER MANGOLD JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 876.32 | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST CENTER FOR DAY S | UNSECURED | 592.00 | .00 | .00 |
| MIDWEST DIAC PATHOLOGIST | UNSECURED | NOT FILED | .00 | .00 |

--------------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NICOR GAS | UNSECURED | 1386.35 | .00 | .00 |
| PALOS COMMUNITY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PALOS COMMUNITY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PFG OF MINNESOTA | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| US CELLULAR | UNSECURED | NOT FILED | .00 | .00 |

```
STERLING INC              UNSECURED      414.46          .00          .00
NUVELL CREDIT COMPANY LL  UNSECURED     8352.78          .00          .00
           Summary of disbursements:
    ------------------------------------------------------------------
               SECURED     PRIORITY    UNSECURED      OTHER      TOTAL
    ------------------------------------------------------------------
TOTAL CLMS ALLOWED   70253.66       .00    12408.37       .00   82662.03
PRINCIPAL PAID       43509.05       .00        .00        .00   43509.05
INTEREST PAID         2675.67       .00        .00        .00    2675.67
TOTAL PAID           46184.72       .00        .00        .00   46184.72
```

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $   3000.00
and was paid $    200.00   direct and $   2800.00   through the plan.

The Trustee received $   2040.28 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 08/20/08                    /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE